PROB 12C
(6/16)

Report Date:  September 27, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Guillermo Diaz Cardenas          Case Number: 0980 2:12CR02054-RMP-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: February 6, 2013

Original Offense:          Theft of Government Funds, 18 U.S.C. § 641; Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1);

Original Sentence:     Prison 45 months;          Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Alison L. Gregoire          Date Supervision Commenced: September 22, 2015

Defense Attorney:      Federal Defenders Office     Date Supervision Expires: September 21, 2018

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence**: Guillermo Cardenas was arrested for possession of a controlled substance on September 18, 2016, in violation of mandatory condition # 2 and #3.  Mr. Cardenas is currently being held in the Kootenai County Jail on a new felony charge.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9/27/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

**Prob12C**
**Re: Cardenas, Guillermo Diaz**
**September 27, 2016**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[ X ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     Other

_____
Signature of Judicial Officer

_____9/28/2016_____
Date